UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David A. Petri,

Plaintiff,

vs.

Hartford Life Insurance Company,

Defendant.

File No.: 01-CV-716 DSD/SRN

**STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**
and order

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiff David A. Petri and defendant Hartford Life Insurance Company ("Hartford") respectfully submit this Stipulation for Enlargement of Time to Respond to the Complaint.

1. On March 29, 2001, plaintiff commenced this action by serving a copy of the summons and complaint upon defendant Hartford.

2. Defendant Hartford will not have an adequate opportunity to review its files and respond to plaintiff's complaint in time to meet the original deadline for responding.

3. The time period originally prescribed by the Federal Rules of Civil Procedure within which defendant Hartford is required to respond to plaintiff's complaint has not yet expired.

THEREFORE, plaintiff and defendant Hartford, through undersigned counsel, hereby stipulate that the time within which defendant Hartford is required to respond to plaintiff's complaint shall be enlarged and that defendant Hartford shall have up to and including May 10, 2001 to respond to plaintiff's complaint.

FILED MAY 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respectfully submitted,

Dated: April 26, 2001

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: Eric C. Tostrud
Eric C. Tostrud
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

Dated: April 27, 2001

LAW OFFICE OF STEPHEN J. RONDESTVEDT, LLC

By: ________________
Stephen J. Rondestvedt
900 Second Avenue South
Suite 400
Minneapolis, MN 55402
Tel: (612) 333-9000 ext. 121

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David A. Petri,

Plaintiff,

vs.

Hartford Life Insurance Company,

Defendant.

File No.: 01-CV-716 DSD/SRN

**ORDER ENLARGING TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and based upon the Stipulation for Enlargement of Time to Respond to the Complaint filed with the Court on May ___, 2001,

IT IS ORDERED that the time within which defendant is required to respond to plaintiff's complaint shall be enlarged and that defendant shall have up to and including May 10, 2001 to respond to plaintiff's complaint.

Dated: May 3, 2001

Susan Richard Nelson
Honorable Susan Richard Nelson
United States Magistrate Judge